UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHELBY CAMPBELL,

    Plaintiff,

vs.

    Case No. 26-cv-10484-MAG-DRG

    Hon. Mark A. Goldsmith
    Mag. David R. Grand

UNIVERSITY OF DETROIT MERCY,
And UNIVERSITY OF DETROIT
MERCY SCHOOL OF LAW,

    Defendants.
_____/

| | |
|---|---|
| Shelby Campbell, *Pro Se*<br>1420 Washington Blvd., Suite 301<br>Detroit MI  48226<br>313.909.3152<br>shelbysoup@gmail.com | BUTZEL LONG,<br>a professional corporation<br>Carey A. DeWitt (P36718)<br>Sarah L. Nirenberg (P77560)<br>Blake C. Padget (P82978)<br>201 W. Big Beaver Road, Suite 1200<br>Troy MI  48084<br>248.258.1616<br>dewitt@butzel.com<br>nirenberg@butzel.com<br>padget@butzel.com<br>Attorneys for Defendants |

_____/

## **NOTICE OF APPEARANCE OF CAREY A. DeWITT**

TO:   CLERK OF THE COURT

    ***PLEASE TAKE NOTICE*** that Carey A. DeWitt of Butzel Long appears as counsel for Defendants University of Detroit Mercy and University of Detroit School of Law in the above-captioned matter.

        Respectfully submitted,

        BUTZEL LONG,
        a professional corporation

        */s/ Carey A. DeWitt*
        Carey A. DeWitt (P36718)
        201 W. Big Beaver Road, Suite 1200
        Troy MI  48084
        248.258.1616
        dewitt@butzel.com
        *Attorneys for Defendants*

Dated:      February 12, 2026

## CERTIFICATE OF SERVICE

    I hereby certify that on February 12, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        */s/ Carey A. DeWitt*
        Carey A. DeWitt (P36718)